# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: POBUTA, KATHARINE ANNE | § | Case No. 07-05608 |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 29, 2007. The undersigned trustee was appointed on March 29, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $    215,018.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 90,012.11 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Leaving a balance on hand of    $ | 110,006.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 02/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,537.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,537.75, for a total compensation of $8,537.75. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/14/2009          By: /s/NORMAN NEWMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-05608  
Case Name:  POBUTA, KATHARINE ANNE  

Period Ending: 07/14/09

Trustee:  (330560)  NORMAN NEWMAN  
Filed (f) or Converted (c):  03/29/07 (f)  
§341(a) Meeting Date:  05/01/07  
Claims Bar Date:  02/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>Home is in foreclosure. | 107,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 25.00 | 25.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 200.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES | 1.00 | 1.00 | | 0.00 | FA |
| 7 | MALPRACTICE CLAIM | Unknown | Unknown | | 215,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.50 | Unknown |
| 8 | Assets  Totals (Excluding unknown values) | **$108,626.00** | **$26.00** | | **$215,018.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

   The Debtor has a pending dental malpractice claim. Awaiting word from Debtor's attorney regarding settlement of the claim.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2008        **Current Projected Date Of Final Report (TFR):**    July 31, 2009

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-05608 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | POBUTA, KATHARINE ANNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 54-6931737 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/14/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/13/09 | {7} | The Dentist Insurance Company | Settlement of Medical Malpractice Claim | 1149-000 | 215,000.00 | | 215,000.00 |
| 03/26/09 | 1001 | William C. Coughlin, Esq. | Special Counsel Fees | 3210-600 | | 71,666.66 | 143,333.34 |
| 03/26/09 | 1002 | William C. Coughlin, Esq. | Special Counsel Expenses | 3220-610 | | 13,445.35 | 129,887.99 |
| 03/26/09 | 1003 | Katherine Pobuta | Debtor's Exemption | 8100-002 | | 15,000.00 | 114,887.99 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.34 | | 114,892.33 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.91 | | 114,897.24 |
| 05/20/09 | 1004 | Much Shelist, et.al. | Interim Fees (May 7, 2008 through February 20, 2009) | 3110-000 | | 4,891.00 | 110,006.24 |
| 05/20/09 | 1005 | Much Shelist, et.al. | Interim Expenses (May 7, 2008 through February 20, 2009) | 3120-000 | | 9.10 | 109,997.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.47 | | 110,001.61 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.78 | | 110,006.39 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 215,018.50 | 105,012.11 | $110,006.39 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 215,018.50 | 105,012.11 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| NET Receipts / Disbursements | | $215,018.50 | $90,012.11 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****59-65 | 215,018.50 | 90,012.11 | 110,006.39 |
| | $215,018.50 | $90,012.11 | $110,006.39 |

{} Asset reference(s)

Printed: 07/14/2009 08:43 AM V.11.21

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-05608
Case Name: POBUTA, KATHARINE ANNE
Trustee Name: NORMAN NEWMAN

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Norman B. Newman, Trustee | $ 8,537.75 | $ |
| Attorney for trustee | Much Shelist, et.al. | $ 2,500.00 | $ 78.20 |
| Appraiser |  | $ | $ |
| Auctioneer |  | $ | $ |
| Accountant |  | $ | $ |
| Special Attorney for trustee |  | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*               *Fees*              *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

*Attorney for debtor* _____ $_____ $_____

*Attorney for* _____ $_____ $_____

*Accountant for* _____ $_____ $_____

*Appraiser for* _____ $_____ $_____

*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,801.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | APPLIED BANK | $ 887.04 | $ 887.04 |
| 2 | eCAST Settlement Corporation | $ 1,588.37 | $ 1,588.37 |
| 3 | LVNV Funding LLC | $ 4,529.66 | $ 4,529.66 |
| 4 | Recovery Management Systems Corporation | $ 4,796.65 | $ 4,796.65 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1I | APPLIED BANK | $102.44 | $102.44 |
| 2I | eCAST Settlement Corporation | $183.43 | $183.43 |
| 3I | LVNV Funding LLC | $523.10 | $523.10 |
| 4I | Recovery Management Systems Corporation | $553.93 | $553.93 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $85,721.04.

**UST Form 101-7-TFR (4/1/2009)**