UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 07 B 05608 |
| KATHERINE POBUTA, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

## APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist") submits the following application for the allowance of final compensation and reimbursement of expenses for services rendered as attorneys for Norman B. Newman, Trustee ("Trustee"), for the time period of March 17, 2009 through May 20, 2009. In support of this application, Much Shelist respectfully states as follows:

1. On March 29, 2007, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee.

2. On August 19, 2008, this Court entered an Order authorizing the Trustee to employ Much Shelist as the Trustee's attorneys in this case effective as of June 17, 2008.

3. On May 20, 2009 an Order was entered awarding Much Shelist interim compensation in the amount of $4,891.00 plus reimbursement of expenses in the amount of $9.10 for the period of May 7, 2008 through February 20, 2009.

4. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any other person or firm whatsoever with regard to its compensation in this case.

5.  Based on the time value of the services rendered, Much Shelist respectfully represents that it would be entitled to final compensation in the amount of $4,848.00 plus reimbursement of out-of-pocket expenses in the amount of $78.20 for services rendered during the period of March 17, 2008 through May 20, 2009. However, Much Shelist is willing to reduce its final compensation request to $2,500.00.

6.  A total of 9.90 hours of services have been provided by Much Shelist attorneys during the time period by this application. The following is a summary of time expended by each attorney during the period covered by this application:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 7.60 hrs. | $540.00/hr. | $4,104.00 |
| Colleen E. McManus | .70 hrs. | $400.00/hr. | 280.00 |
| Martin J. Wasserman | 1.60 hrs. | $290.00/hr. | $464.00 |
| | | | |
| **TOTAL:** | 9.90 hrs. | | $4,848.00 |
| | | | |
| **Less voluntary reduction:** | | | <$2,348.00> |
| | | | |
| **TOTAL:** | | | **$2,500.00** |

7.  Attached hereto and made a part hereof as Exhibit "A" is a statement of services rendered during the period March 17, 2009 through May 20, 2009. The services rendered are listed chronologically and are separated by activity. All services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in In re: Continental Securities Litigation, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.  At all relevant times, Much Shelist has taken care to avoid duplication of services. There were instances when more than one Much Shelist attorney was involved in a particular meeting or telephone conference. In those instances, joint participation was necessary because

of the nature of the matter at hand, the continuity of the representation or the expertise of the attorneys involved.

9. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10. As more fully detailed in the chronological statement of services attached hereto as Exhibit "A", Much Shelist attorneys provided services to the Trustee with respect to the following two (2) activities:

A. **General Administration (Tab No. 1):** Much Shelist expended 1.60 hours of services with the preparation of a motion to compromise controversy in connection with the settlement of a dental malpractice suit and the appearance in Court on same. The individual who provided services in connection with this activity and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Martin J. Wasserman | 1.60 hrs. | $290.00/hr. | $464.00 |
|  |  |  |  |
| **TOTAL:** | **1.60 hrs.** |  | **$464.00** |

B. **Fee Petition (Tab No. 2):** Much Shelist provided 8.30 hours of services in connection with the preparation of and appearance in Court on Much Shelist's interim fee application. Time was also expended in reviewing changes to fee application and in reviewing correspondences received from the Debtor. The individuals who provided services to the Trustee and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 7.60 hrs. | $540.00/hr. | $4,104.00 |
| Colleen E. McManus | .70 hrs. | $400.00/hr. | 280.00 |
|  |  |  |  |
| **TOTAL:** | **8.30 hrs.** |  | **$4,384.00** |

11. During the time period covered by this application, Much Shelist incurred out-of-pocket expenses in the amount of $78.20. Attached hereto as Exhibit "B" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile charges are billed at the rate of $1.00 per page (incoming and outgoing). Much Shelist asserts that these out-of-pocket expenses were necessary expenses incurred in its representation of the Trustee.

12. The services which Much Shelist provided as counsel for Trustee during the time period covered by this application were reasonable and necessary and resulted in a substantial benefit to the creditors of this estate and to Trustee. This is a surplus estate. All creditors who filed proofs of claim will receive payment of the principal amount of their claims in full plus interest. Excess funds will be turned over to Katherine Pobuta.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

(i) Awarding Much Shelist final compensation in the amount of $2,500.00 plus reimbursement of out-of-pocket expenses in the amount of $78.20 for services rendered during the period of March 17, 2009 through May 20, 2009;

(ii) Authorizing the Trustee to pay Much Shelist forthwith as an allowed expense of administration of this estate; and

    (iii)    Granting such other and further relief as this Court deems just and appropriate.

                              Much Shelist Denenberg Ament & Rubenstein, P.C.

                by:    /s/Norman B. Newman
                         One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100