## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) Case No. 07 B 05608 |
| | ) Hon. Susan Pierson Sonderby |
| KATHERINE POBUTA, | ) Hearing Date: August 4, 2009 |
| | )                    at 10:30 a.m. |
| Debtor. | ) |

### CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, states that he caused a copy of the attached **Notice of Final Report and Applications for Compensation** to be served on all parties on the attached service list by placing the foregoing in the U.S. Mail, first class postage pre-paid, at 191 W. Wacker Drive, Suite 1800, Chicago, Illinois on July 15, 2009.

/s/ Norman B. Newman

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist Freed Denenberg Ament
    & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

## SERVICE LIST FOR KATHERINE POBUTA

Katherine Pobuta
724 Bluff Street, Apt. 303
Streamwood, IL 60188

Shannon Court Condo
55 W. 22nd Street, Suite 310
Lombard, IL 60148

Johnson Blumberg & Associates
39 S. LaSalle Street, Suite 400
Chicago, IL 60603

Applied Bank Card
P.O. Box 17125
Wilmington, DE 19850
Attention: Mildred Kramer

Beneficial
P.O. Box 8633
Elmhurst, IL 60126

BP
Card Member Service
P.O. Box 15325
Wilmington, DE 19886

Capital One
P.O. Box 85167
Richmond, VA 23285-5167

Capital One
c/o United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147

GE Money Bank
c/o Recovery Management Systems Corp.
25 S.E. Second Avenue , Suite 1120
Miami, FL 33131
Attention: Ramesh Singh

HSBC Card Services
c/o eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193

Juniper Bank
P.O. Box 13337
Philadelphia, PA 19101-3337

SST Card Services
P.O. Box 23060
Columbus, GA 31902-3060

Washington Mutual Card Services
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587
Attention: Joyce Montjoy

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: POBUTA, KATHARINE ANNE § Case No. 07-05608
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 215,018.50 |
| *and approved disbursements of* | $ 105,012.11 |
| *leaving a balance of* | $ 110,006.39 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Norman B. Newman, Trustee | $ 8,537.75 | $ |
| Attorney for trustee | Much Shelist, et.al. | $ 2,500.00 | $ 78.20 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,801.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | APPLIED BANK | $ 887.04 | $ 887.04 |
| 2 | eCAST Settlement Corporation | $ 1,588.37 | $ 1,588.37 |
| 3 | LVNV Funding LLC | $ 4,529.66 | $ 4,529.66 |
| 4 | Recovery Management Systems Corporation | $ 4,796.65 | $ 4,796.65 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1I | APPLIED BANK | $102.44 | $102.44 |
| 2I | eCAST Settlement Corporation | $183.43 | $183.43 |
| 3I | LVNV Funding LLC | $523.10 | $523.10 |
| 4I | Recovery Management Systems Corporation | $553.93 | $553.93 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $85,721.04.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 08/04/2009 in Courtroom 642, United States Courthouse,
219 S. Dearborn Street
7th Floor
Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/14/2009         By: /s/NORMAN NEWMAN
                                  Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**