## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: POBUTA, KATHARINE ANNE | § | Case No. 07-05608 |
| | § | |
| | § | |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>NORMAN NEWMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 215,018.50 |
| *and approved disbursements of* | $ 105,012.11 |
| *leaving a balance of* | $ 110,006.39 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Norman B. Newman, Trustee | $ 8,537.75 | $ |
| Attorney for trustee | Much Shelist, et.al. | $ 2,500.00 | $ 78.20 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,801.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | APPLIED BANK | $ 887.04 | $ 887.04 |
| 2 | eCAST Settlement Corporation | $ 1,588.37 | $ 1,588.37 |
| 3 | LVNV Funding LLC | $ 4,529.66 | $ 4,529.66 |
| 4 | Recovery Management Systems Corporation | $ 4,796.65 | $ 4,796.65 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1I | APPLIED BANK | $ 102.44 | $ 102.44 |
| 2I | eCAST Settlement Corporation | $ 183.43 | $ 183.43 |
| 3I | LVNV Funding LLC | $ 523.10 | $ 523.10 |
| 4I | Recovery Management Systems Corporation | $ 553.93 | $ 553.93 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*   *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $85,721.04.

**UST Form 101-7-NFR (4/1/2009)**

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

    219 S. Dearborn Street
    7th Floor
    Chicago, IL 60604

    If local court rules so require, the following procedure for objecting must be followed:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 08/04/2009 in Courtroom 642, United States Courthouse,

219 S. Dearborn Street
7th Floor
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


    Date:  07/14/2009      By:  /s/NORMAN NEWMAN
                                                          Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales              Page 1 of 1                   Date Rcvd: Jul 15, 2009
Case: 07-05608                 Form ID: pdf006              Total Noticed: 23

The following entities were noticed by first class mail on Jul 17, 2009.
db           +Katharine Anne Pobuta,   5011 Valley Lane,   #503,   Streamwood, IL 60107-2928
aty          +Colleen E McManus,   Much Shelist,   191 N. Wacker Drive,   Suite 1800,   Chicago, IL 60606-1631
aty          +Martin J Wasserman,   Much Shelist Denenberg,   Ament & Rubenstein PC,   191 North Wacker Drive,
               Suite 1800,   Chicago, IL 60606-1631
tr           +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
12939902      APPLIED BANK,   PO BOX 17125,   WILMINGTON DE 19850-7125
11269836      Applied Bank Card,   4227 0930 0755 5604,   P.O. Box 11170,   Wilmington, DE 19850-1170
11269838      BP,   4227 6510 2281 0989,   Cardmember Service,   P.O. Box 15325,   Wilmington, DE 19886-5325
11269837     +Beneficial,   411714-00-553063-8,   P.O. Box 8633,   Elmhurst, IL 60126-8633
11269839      Capital One,   4388 6416 5750 4663,   P.O. Box 85167,   Richmond, VA 23285-5167
11269840      Capital One Bank,   4305982451003399,   c/o United Recovery Systems,   P.O. Box 722929,
               Houston, TX 77272-2929
11269841      First Premier Bank,   4610 0787 3651 1585,   P.O. Box 5147,   Sioux Falls, SD 57117-5147
11269843     +Household Bank (SB) NA,   Best Buy, c/o Bass & Associates PC,   3936 E Ft Lowell Rd Suite 200,
               Tucson, AZ 85712-1083
11269844     +Johnson Blumberg & Assoc,   8250134066,   39 S. La Salle St #400,   Chicago IL 60603-1626
11269845      Juniper Bank,   5140 2179 9677 0715,   P.O. Box 13337,   Philadelphia, PA 19101-3337
11269847      SST Card Services,   4036-2400-0205-5954,   P.O. Box 23060,   Columbus, GA 31902-3060
11269846     +Shannon Court Condo,   L503,   55 W. 22nd St. #310,   Lombard IL 60148-4889
11269848     +US Bank NA,   8250134067,   205 West 4th St #500,   Cincinnati OH 45202-4812
11269849      Washington Mutual Card Servs.,   4031 1504 0048 3655,   P.O. Box 660487,   Dallas, TX 75266-0487
12943887      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jul 16, 2009.
aty          +E-mail/Text: DANATLAW@AOL.COM                           Daniel K Robin,   Daniel K Robin Ltd,
               121 S Wilke Rd #201,   Arlington Heights, IL 60005-1525
11269842      E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2009 05:52:55     GE Money Bank,
               6019 2100 3935 5012,   P.O. Box 981127,   El Paso, TX 79998-1127
13494800      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13514097     +E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2009 05:57:59
               Recovery Management Systems Corporation,   For GE Money Bank,   dba EMPIRE/GEMB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2009**          **Signature:** _Joseph Speetjens_