# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DISTRICT, EASTERN DIVISION

In re: POBUTA, KATHARINE ANNE § Case No. 07-05608
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $16,600.00 |
| Total Distribution to Claimants: $13,180.57 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $101,128.06 | |

3) Total gross receipts of $ 215,024.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 100,715.84 (see **Exhibit 2**), yielded net receipts of $114,308.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 98,575.96 | 101,128.06 | 101,128.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 11,422.84 | 13,180.57 | 13,180.57 | 13,180.57 |
| **TOTAL DISBURSEMENTS** | $11,422.84 | $111,756.53 | $114,308.63 | $114,308.63 |

4) This case was originally filed under Chapter 7 on March 29, 2007.
. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2009          By: /s/NORMAN NEWMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| MALPRACTICE CLAIM | 1149-000 | 215,000.00 |
| Interest Income | 1270-000 | 24.47 |
| **TOTAL GROSS RECEIPTS** | | **$215,024.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Katherine Pobuta | Debtor's Exemption | 8100-002 | 15,000.00 |
| POBUTA, KATHARINE ANNE | Dividend paid on Claim Amount Allowed/Filed. | 8200-000 | 85,715.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$100,715.84** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 8,537.75 | 8,537.75 | 8,537.75 |
| Much Shelist, et.al. | 3110-000 | N/A | 4,848.00 | 7,391.00 | 7,391.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 78.20 | 87.30 | 87.30 |
| William C. Coughlin, Esq. | 3210-600 | N/A | 71,666.66 | 71,666.66 | 71,666.66 |
| William C. Coughlin, Esq. | 3220-610 | N/A | 13,445.35 | 13,445.35 | 13,445.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 98,575.96 | 101,128.06 | 101,128.06 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| APPLIED BANK | 7100-000 | 793.12 | 887.04 | 887.04 | 887.04 |
| APPLIED BANK | 7990-000 | N/A | 103.64 | 103.64 | 103.64 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| eCAST Settlement Corporation | 7100-000 | 1,551.66 | 1,588.37 | 1,588.37 | 1,588.37 |
| eCAST Settlement Corporation | 7990-000 | N/A | 185.58 | 185.58 | 185.58 |
| LVNV Funding, LLC | 7100-000 | 4,413.94 | 4,529.66 | 4,529.66 | 4,529.66 |
| LVNV Funding LLC | 7990-000 | N/A | 529.22 | 529.22 | 529.22 |
| Recovery Management Systems Corporation | 7100-000 | 4,664.12 | 4,796.65 | 4,796.65 | 4,796.65 |
| Recovery Management Systems Corporation | 7990-000 | N/A | 560.41 | 560.41 | 560.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 11,422.84 | 13,180.57 | 13,180.57 | 13,180.57 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-05608  
**Case Name:** POBUTA, KATHARINE ANNE  
**Period Ending:** 12/21/09

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 03/29/07 (f)  
**§341(a) Meeting Date:** 05/01/07  
**Claims Bar Date:** 02/17/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>Home is in foreclosure. | 107,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 25.00 | 25.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 200.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES | 1.00 | 1.00 | | 0.00 | FA |
| 7 | MALPRACTICE CLAIM | Unknown | Unknown | | 215,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 24.47 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $108,626.00 | $26.00 | | $215,024.47 | $0.00 |

**Major Activities Affecting Case Closing:**

The Debtor has a pending dental malpractice claim. Awaiting word from Debtor's attorney regarding settlement of the claim.

**Initial Projected Date Of Final Report (TFR):** July 31, 2008  **Current Projected Date Of Final Report (TFR):** July 31, 2009

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-05608 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | POBUTA, KATHARINE ANNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | 54-6931737 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/13/09 | {7} | The Dentist Insurance Company | Settlement of Medical Malpractice Claim | 1149-000 | 215,000.00 | | 215,000.00 |
| 03/26/09 | 1001 | William C. Coughlin, Esq. | Special Counsel Fees | 3210-600 | | 71,666.66 | 143,333.34 |
| 03/26/09 | 1002 | William C. Coughlin, Esq. | Special Counsel Expenses | 3220-610 | | 13,445.35 | 129,887.99 |
| 03/26/09 | 1003 | Katherine Pobuta | Debtor's Exemption | 8100-002 | | 15,000.00 | 114,887.99 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.34 | | 114,892.33 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.91 | | 114,897.24 |
| 05/20/09 | 1004 | Much Shelist, et.al. | Interim Fees (May 7, 2008 through February 20, 2009) | 3110-000 | | 4,891.00 | 110,006.24 |
| 05/20/09 | 1005 | Much Shelist, et.al. | Interim Expenses (May 7, 2008 through February 20, 2009) | 3120-000 | | 9.10 | 109,997.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.47 | | 110,001.61 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.78 | | 110,006.39 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.63 | | 110,011.02 |
| 08/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.34 | | 110,012.36 |
| 08/10/09 | | To Account #********5966 | Account Transfer | 9999-000 | | 110,012.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 215,024.47 | 215,024.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 110,012.36 | |
| | | | **Subtotal** | | 215,024.47 | 105,012.11 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$215,024.47** | **$90,012.11** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-05608 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | POBUTA, KATHARINE ANNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-66 - Checking Account |
| Taxpayer ID #: | 54-6931737 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/09 | | From Account #********5965 | Account Transfer | 9999-000 | 110,012.36 | | 110,012.36 |
| 08/10/09 | 101 | Norman B. Newman, Trustee | Dividend paid 100.00% on $8,537.75, Trustee Compensation; Reference: | 2100-000 | | 8,537.75 | 101,474.61 |
| 08/10/09 | 102 | eCAST Settlement Corporation | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 1,588.37 | 99,886.24 |
| 08/10/09 | 103 | LVNV Funding LLC | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 4,529.66 | 95,356.58 |
| 08/10/09 | 104 | Recovery Management Systems Corporation | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 4,796.65 | 90,559.93 |
| 08/10/09 | 105 | eCAST Settlement Corporation | Dividend paid on Claim Amount Allowed/Filed. | 7990-000 | | 185.58 | 90,374.35 |
| 08/10/09 | 106 | LVNV Funding LLC | Dividend paid on Claim Amount Allowed/Filed. | 7990-000 | | 529.22 | 89,845.13 |
| 08/10/09 | 107 | Recovery Management Systems Corporation | Dividend paid on Claim Amount Allowed/Filed. | 7990-000 | | 560.41 | 89,284.72 |
| 08/10/09 | 108 | POBUTA, KATHARINE ANNE | Dividend paid on Claim Amount Allowed/Filed. | 8200-000 | | 85,715.84 | 3,568.88 |
| 08/10/09 | 109 | APPLIED BANK | Combined Check for Claims#1,1l | | | 990.68 | 2,578.20 |
| | | | Dividend paid 100.00% 887.04 on $887.04; Claim# 1; Filed: $887.04 | 7100-000 | | | 2,578.20 |
| | | | Dividend paid 100.00% 103.64 on $103.64; Claim# 1l; Filed: $103.64 | 7990-000 | | | 2,578.20 |
| 08/10/09 | 110 | Much Shelist, et.al. | Combined Check for Claims#B,C | | | 2,578.20 | 0.00 |
| | | | Dividend paid 100.00% 2,500.00 on $7,391.00; Claim# B; Filed: $4,848.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 78.20 on $87.30; Claim# C; Filed: $78.20 | 3120-000 | | | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 110,012.36 | 110,012.36 | $0.00 |
| Less: Bank Transfers | 110,012.36 | 0.00 | |
| **Subtotal** | **0.00** | **110,012.36** | |
| Less: Payments to Debtors | | 85,715.84 | |
| **NET Receipts / Disbursements** | **$0.00** | **$24,296.52** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-05608 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | POBUTA, KATHARINE ANNE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*59-66 - Checking Account |
| Taxpayer ID #: | 54-6931737 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*59-65 | 215,024.47 | 90,012.11 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*59-66 | 0.00 | 24,296.52 | 0.00 |
| | $215,024.47 | $114,308.63 | $0.00 |